**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,    :
        :
    v.         :      CRIMINAL ACTION NO.
        :      2:14-CR-00004-RWS
ENRIQUE PINA HERNANDEZ,    :
        :
    Defendant.    :

## ORDER

This case is before the Court for consideration of the Report and
Recommendation [8] of Magistrate Judge J. Clay Fuller. The Report and
Recommendation finds the Defendant's plea of guilty to have been knowingly
and voluntarily made and finds that the charge to which the plea is entered is
supported by an independent basis in fact establishing each of the essential
elements of the offense. Judge Fuller recommends that the plea be accepted and
the Defendant be adjudged guilty and sentence imposed accordingly. There has
been no objection made to the Report and Recommendation.

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and
Recommendation is hereby adopted and made the Order of this Court. The plea
of guilty of the Defendant to Count One of the Information is hereby accepted,

and the Defendant is hereby adjudged guilty of said offense.  The Clerk shall

schedule the matter for sentencing. The Clerk is directed to serve a copy of this

Order upon the Defendant, the Defendant's attorney, the United States

Attorney, the United States Probation Office, and the United States Marshal.

**SO ORDERED** this  14th  day of February, 2014.


RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2